PD-1531&1532-15

NO. _____

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

KENNETH DALE BAKER

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

From Appeal No. 02-14-00388-CR
NO. 02-14-00389-CR

Trial Cause No. 1340742D
NO. 1382964R

Tarrant, County

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGE OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, KENNETH DALE BAKER, Petitioner, and files this Motion for an extension of (60) days in which to file a Petition for Discretionary Review. In support of this Motion, appellant shows the Court the following:

I.

The Petitioner was convicted in the 213TH District Court of Tarrant, County Texas of the Offenses of Sexual Assualt and Robbery in Cause No. 1340742D and, 1382964R, Styled State of Texas vs. Kenneth Dale Baker. The Petitioner appealed to the Court of Appeal, Second Supreme Judicial District. The case was affirmed on October 29, 2015

II.

The present deadlines for filing the Petition for Discretionary Review is November 29, 2015. The Petitioner has not requested any extension prior to this request

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until November 2, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal Don Hase, has informed Petitioners that he will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grant this Motion and extend the deadlines for filing the Petition for Discretionary Review in Case No(s) 1340742D, 1382964R to January 29, 2016.

Kenneth Dale Baker
Petitioner pro-se

Texas Department of Criminal Justic
TDCJ-ID# 1955036
Wynne Unit
810 F.M. 2821
Huntsville, Texas. 77349

## Certificate of Service

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to file a Petition for Discretionary Review, has been forwarded by U.S. Mail, Postage prepaid, first class from Wynne Unit 810 F.M. 2821 Huntsville Texas. 77349, to the Attorney for State, Sharon Wilson, Criminal District Attorney at 401 West Belknap St. Fort Worth, Texas 76196, and to the State Prosecuting Attorney, P.O. Box 12405 Austin Texas 78711 on this the 12 day of November 2015

Kenneth Dale Baker

Kenneth Dale Baker
Petitioner pro-se
TDCJ-ID# 1955036
Wynne Unit
810 F.M. 2821
Huntsville, Texas. 77349

## Certificate of Service

I, Kenneth Dale Baker, TDCJ-ID # 1955036, being presently incarcerated in the Wynne Unit of the Texas Department of Criminal Justic in Walker County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this the 12, day of November 2015

_Kenneth Dale Baker_

Kenneth Dale Baker
Petitioner pro-se

TDCJ-ID # 1955036
Wynne Unit
810 F.M. 2821
Huntsville, Texas. 77349